David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

U.S. Court of Appeals
111 South 10th St.
Room 24.329
St. Louis, MO 63102

