# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-1906

In re: David Anthony Stebbins

Petitioner

---

Petition for Writ of Mandamus

---

**ORDER**

Petitioner's motion for leave to proceed in forma pauperis has been considered by the court and is hereby denied.

Petitioner is directed to pay the statutory docketing fee of $450.00 to the clerk of this court within 15 days of the date of this order or this petition will be dismissed.

April 24, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　/s/ Michael E. Gans